# Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - -  x

UNITED STATES OF AMERICA      :      <u>INDICTMENT</u>

   -v.-                        :      07 Cr.

CHRISTOPHER READY,            :

     Defendant.              :      **08 CRIM 011**

- - - - - - - - - - - -  x

<u>COUNT ONE</u>

The Grand Jury charges:

On or about September 16, 2007, in the Southern

District of New York and elsewhere, CHRISTOPHER READY, the

defendant, while being subject to a court order that was issued

after a hearing of which the defendant received actual notice,

and at which the defendant had an opportunity to participate,

and that restrains the defendant from harassing, stalking, or

threatening an intimate partner of the defendant, or engaging in

other conduct that would place an intimate partner of the

defendant in reasonable fear of bodily injury to the partner;

and that, by its terms, explicitly prohibits the use, attempted

use, or threatened use of physical force against such intimate

partner that would reasonably be expected to cause bodily

injury, unlawfully, willfully, and knowingly, did possess in and

affecting commerce, a firearm, to wit, an RG Industries .22

caliber handgun, which previously had been shipped and

transported in interstate and foreign commerce.

    (Title 18, United States Code, Section 922 (g) (8).)


_____
FOREPERSON

Michael J. Garcia
_____
MICHAEL J. GARCIA
United States Attorney

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**CHRISTOPHER READY,**

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 922(g)(8))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

1-2-08
WD

*Filed Indictment. Case assigned to Judge McMahon.*

*Pitman*
*U.S.M.J.*